Case 16-11614-elf   Doc 47   Filed 12/15/17   Entered 12/16/17 01:03:37   Desc Imaged
Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11614-elf
Gladys Wesson                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1           Date Rcvd: Dec 13, 2017
                           Form ID: pdf900        Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db            +Gladys Wesson,    5825 N 16th Street,    Philadelphia, PA 19141-1821
13988061      +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
               710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
13688176      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13706604      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13688177      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13688178      +Water Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 01:38:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2017 01:38:25     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13688173      +E-mail/Text: EBNProcessing@afni.com Dec 14 2017 01:38:21     Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
13783607       E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:40     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13688175      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2017 01:37:51      PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
13720190      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2017 01:37:51      PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13688174      +E-mail/Text: blegal@phfa.org Dec 14 2017 01:38:18     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
                                                                                        TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Gladys  Wesson dmo160west@gmail.com, davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              PEARL PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLADYS WESSON                                        Chapter 13

                    Debtor                           Bankruptcy No. 16-11614-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: December 13, 2017** _____
                                                     Eric L. Frank
                                                     ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
GLADYS WESSON

5825 N. 16TH STREET

PHILADELPHIA, PA 19141-